# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-1607

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Robert Taylor Marlow, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

———————

Submitted: July 26, 1999
Filed: August 2, 1999

———————

Before McMILLIAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

———————

PER CURIAM.

Robert Taylor Marlow appeals the sentence imposed by the district court[1] upon revocation of his supervised release. He argues that it is an ex post facto violation to apply 18 U.S.C. § 3583(h) to a defendant who was originally convicted and sentenced prior to its effective date, but whose supervised release was revoked after its effective date. We have previously held that these circumstances do not constitute an ex post facto violation. See United States v. St. John, 92 F.3d 761, 762, 767 (8th Cir. 1996).

———————————————

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

  Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.